# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 16-CV-618-SMY-SCW |
| $39,100.00 OF CURRENCY, | ) |
| Defendant. | ) |

## JUDGMENT AND DECREE FOR FORFEITURE

A default having been entered as to Jose Luis Magallon, Magallon Enterprises, LLC and all interested parties in accordance with Rule 55(b) of the Federal Rules of Civil Procedure (Doc. 36), and counsel for Plaintiff United States of America having requested judgment against the defaulted defendants and having filed a proper motion as to the requested relief, the Court hereby **GRANTS** the motion and enters its Judgment and Decree of Forfeiture as to the defendant property at issue.

On June 7, 2016, a Verified Complaint for Forfeiture was filed on behalf of the Plaintiff United States of America (Doc. 1) and against Defendant further described as:

**$39,100.00 of United States Currency**

The Complaint alleges that the property constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance, or proceeds traceable to such an exchange, or money used to facilitate a violation of 21 U.S.C. §§ 801 *et seq.* and subject to forfeiture under 21 U.S.C. § 881(a)(6). It appearing that process was fully issued in this action and returned according to law.

The defendant property was seized during a lawful traffic stop in Madison County,

Illinois on January 11, 2016. Notice of this action was published on an official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 13, 2016. (Doc. 33-1). Jose Luis Magallon, Magallon Enterprises, LLC, and all interested parties were defaulted on September 11, 2017. (Doc. 36).

Therefore, on motion of the Plaintiff for a Judgment pursuant to Fed.R.Civ.P. 55(b) and Decree of Forfeiture, the property described as:

**$39,100.00 of United States Currency**

is hereby **ORDERED** forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law by the United States Marshal or the United States Treasury.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff United States of America and against the defendant as described above.

**IT IS SO ORDERED.**

**DATED: December 4, 2017**

s/ Staci M. Yandle
**STACI M. YANDLE**
**United States District Judge**